IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

TOWNSEND COMMANDER PARKWAY, LLC,

    Plaintiff,

v.                                                                                    Civil Action No.: 2:20-cv-00075

ALLIANT TECHSYSTEMS, et al.,

    Defendants.

## **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

NOW COMES Plaintiff, Townsend Commander Parkway, LLC (hereinafter "Townsend"), by counsel, and for the reasons set forth in its accompanying Memorandum in Support of this Motion, moves this Court for leave to amend its Complaint, to deem its Amended Complaint (attached as Exhibit 1 to Townsend's Memorandum accompanying this motion) filed, and to grant to Townsend such other and further relief as the Court deems just.

Dated: October 16, 2020                                 Respectfully submitted,

                                                                                /s/
                                                                                Jason E. Ohana
                                                                                 (VSB #82485)
                                                                                 Bethany J. Fogerty
                                                                                 (VSB #94753)
                                                                                 Counsel for Plaintiff
                                                                                 WILLCOX & SAVAGE, P.C.
                                                                                 440 Monticello Avenue, Suite 2200
                                                                                 Norfolk, Virginia 23510
                                                                                 Telephone: 757.628.5500
                                                                                 Facsimile: 757.628.5566
                                                                                 johana@wilsav.com
                                                                                 bfogerty@wilsav.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2020, I filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will serve a copy of the same on the following counsel of record:

Nicholas V. Albu
REED SMITH LLP
7900 Tysons One Place, Suite 500
McLean, VA 2212

Alan D. Bart
REED SMITH LLP
Riverfront Plaza – West Tower
901 East Byrd Street, Suite 1900
Richmond, Virginia 23219

*Counsel for Alliant Techsystems, Inc.,*
*Northrop Grumman Innovation Systems, Inc.,*
*and Vista Outdoor Operations LLC*
*(incorrectly named as Vista Outdoor, Inc.)*

/s/
Jason E. Ohana
(VSB #82485)
Bethany J. Fogerty
(VSB # 94753)
Counsel for Plaintiff
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: 757.628.5500
Facsimile: 757.628.5566
johana@wilsav.com
bfogerty@wilsav.com

2

I-1718655.1