## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

**TOWNSEND COMMANDER
PARKWAY, LLC,**

      **Plaintiff,**                         **CIVIL NO. 2:20-cv-75**

      **v.**

**ALLIANT TECHSYSTEMS, INC., et al.,**

      **Defendants.**

### DISMISSAL ORDER

The parties to this case have filed a Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, advising that they have reached a resolution of this matter. ECF No. 29.  Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.  Jurisdiction in the matter is retained solely for the purpose of enforcing the settlement agreement resulting in dismissal of the action.

The Clerk is **DIRECTED** to forward a copy of this Order to all Counsel of Record.

**IT IS SO ORDERED**.

                                  /s/
                        Robert G. Doumar
                        Senior United States District Judge
                        UNITED STATES DISTRICT JUDGE

Norfolk, VA
December 22, 2020

1